FILED'06 JUL 31 18:05 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MYA DUNN,
       Plaintiff,

    v.

CSK AUTO, INC., an Arizona corporation, dba SCHUCK'S AUTO SUPPLY,

       Defendant.

No. CV-05-116-HU

VERDICT

    We, the duly-impaneled jury in the above-entitled case, do find as follows:

    1. In regard to the Title VII claim, has plaintiff proven by a preponderance of the evidence that her pregnancy was a motivating factor in defendant's decision to terminate her employment?

    Yes __X__    No _____

    If your answer to Question No. 1 is no, proceed to Question No. 3. If your answer to Question No 1 is yes, proceed to Question No. 2.

1 - VERDICT

2.  In regard to the Title VII claim, has defendant proven by a preponderance of the evidence that its decision to terminate plaintiff was because defendant determined that plaintiff falsely edited her time cards, and that it would have made the same decision to terminate plaintiff even if plaintiff's pregnancy had played no role in defendant's decision to terminate her?

Yes _____  No __X__

Proceed to Question No. 3.

3.  In regard to the Oregon wrongful discharge claim, has plaintiff proven by a preponderance of the evidence that defendant wrongfully discharged her because of plaintiff's exercise or attempted exercise of her rights under the Oregon Family Leave Act?

Yes _____  No __X__

If you answered no to Question No. 1 *and* no to Question No. 3, answer no further questions. Your presiding juror should sign and date this verdict form and notify the bailiff.

If you answered yes to Question Nos. 1 and 2 *and* no to Question No. 3, answer no further questions. Your presiding juror should sign and date this verdict form and notify the bailiff.

If you answered yes to Question No. 1 and no to Question No. 2, *or* if you answered yes to Question No. 3, proceed to Question No. 4.

2 - VERDICT

  4. What are plaintiff's damages?
    Non-economic: $ _225,000_

    Economic:   $ _____ (wrongful discharge claim only; answer only if you answered yes to Question No. 3).

If you answered yes to Question No. 1 and no to Question No. 2, proceed to Question No. 5. If you answered yes to Question No. 3, proceed to Question No. 6.

  5. Has plaintiff proven by a preponderance of the evidence she is entitled to punitive damages on her Title VII claim?
    Yes __X__ No _____

Whether you answered Question No. 5 yes or no, if you answered yes to Question No. 3, proceed to Question No. 6. If you answered no to Question No. 3 and yes to Question No. 5, proceed to Question No. 7. If you answered no to Question No. 3 and no to Question No. 5, answer no further questions. Your presiding juror should sign and date this verdict form and notify the bailiff.

  6. Has plaintiff proven by clear and convincing evidence she is entitled to punitive damages on her wrongful discharge claim?
    Yes _____ No _____

If you answered yes to Question Nos. 5 or 6, proceed to Question No. 7. If you answered no to Question Nos. 5 and 6,

3 - VERDICT

answer no further questions.  Your presiding juror should sign and date this verdict form and notify the bailiff.

    7.   What amount of punitive damages, if any, do you award plaintiff?

$ 250,000

Your presiding juror should sign and date this verdict form and notify the bailiff.

DATED this ___31st___ day of ___July___, 2006.

_____/s/ Will B. Tunnel_____
PRESIDING JUROR

4 - VERDICT