

October 25, 2006

Charese Rohny, Attorney at Law
Charese Rohny Law Office
Suite 1010
1515 SW Fifth Avenue
Portland, OR 97201

| | |
|---|---|
| ASG. DATE: 1/31/2006 | INVOICE#: 166557 |
| CASE/ASG. #: 4785-2 | INV. DATE: 6/30/2006 |
| CASE CAPTION: DUNN, MYA vs. CSK AUTO, INC. | |

**(ACTUAL ORDER/INVOICE)**
**EXPEDITED DELIVERY COST:**
ORIGINAL/INDEX/CONDENSED DEPOSITON OF DONALD BECK
EXPEDITED ORIGINAL                                             $526.70
EXHIBITS                                                       $   0.75

ORIGINAL/INDEX/CONDENSED DEPOSITION OF KEN ROSCOE
EXPEDITED ORIGINAL                                             $635.25
EXHIBITS                                                       $   9.00

ORIGINAL/INDEX/CONDENSED DEPOSTION OF RICHARD STOPLE
EXPEDITED ORIGINAL                                             $397.55
EXHIBITS                                                       $   2.25
SHIPPING                                                       $  10.00
                                            **TOTAL:**         **$1,581.50**


**REGULAR DELIVERY COST:**
ORIGINAL/INDEX/CONDENSED DEPOSITON OF DONALD BECK
ORIGINAL                                                       $348.50
EXHIBITS                                                       $   0.75

ORIGINAL/INDEX/CONDENSED DEPOSITION OF KEN ROSCOE
ORIGINAL                                                       $364.50
EXHIBITS                                                       $   9.00

ORIGINAL/INDEX/CONDENSED DEPOSTION OF RICHARD STOPLE
ORIGINAL                                                       $272.00
EXHIBITS                                                       $   2.25
SHIPPING                                                       $  10.00
                                            TOTAL:             $1,007.00
                                       "EXHIBIT A"  PDF