

October 25, 2006

Charese Rohny, Attorney at Law
Charese Rohny Law Office
Suite 1010
1515 SW Fifth Avenue
Portland, OR 97201

| | | | |
|---|---|---|---|
| ASG. DATE: | 1/31/2006 | INVOICE#: | 166557 |
| CASE/ASG. #: | 4785-2 | INV. DATE: | 6/30/2006 |
| CASE CAPTION: | DUNN, MYA vs. CSK AUTO, INC. | | |

**(ACTUAL ORDER/INVOICE)**
**EXPEDITED DELIVERY COST:**
ORIGINAL/INDEX/CONDENSED DEPOSITON OF DONALD BECK
EXPEDITED ORIGINAL                                                                 $526.70
EXHIBITS                                                                                     $   0.75

ORIGINAL/INDEX/CONDENSED DEPOSITION OF KEN ROSCOE
EXPEDITED ORIGINAL                                                                 $635.25
EXHIBITS                                                                                     $   9.00

ORIGINAL/INDEX/CONDENSED DEPOSTION OF RICHARD STOPLE
EXPEDITED ORIGINAL                                                                 $397.55
EXHIBITS                                                                                     $   2.25
SHIPPING                                                                                     $ 10.00
                                                            **TOTAL:**        **$1,581.50**

**REGULAR DELIVERY COST:**
ORIGINAL/INDEX/CONDENSED DEPOSITON OF DONALD BECK
ORIGINAL                                                                                     $348.50
EXHIBITS                                                                                     $   0.75

ORIGINAL/INDEX/CONDENSED DEPOSITION OF KEN ROSCOE
ORIGINAL                                                                                     $364.50
EXHIBITS                                                                                     $   9.00

ORIGINAL/INDEX/CONDENSED DEPOSTION OF RICHARD STOPLE
ORIGINAL                                                                                     $272.00
EXHIBITS                                                                                     $   2.25
SHIPPING                                                                                     $ 10.00
                                                            TOTAL:        $1,007.00
                                                            "EXHIBIT A"  PDF

| | | |
|---|---|---|
| **PORTLAND, OR** | **NAEGELI REPORTING CORPORATION** | **SEATTLE, WA** |
| (503) 227-1544 | Corporate Headquarters | (206) 622-3376 |
| | 111 SW Fifth Avenue, Suite 2020 • Portland, OR 97204 | |
| SPOKANE, WA | National: (800) 528-3335 • Facsimile: (503) 227-7123 | COEUR D'ALENE, ID |
| (509) 838-6000 | www.naegelireporting.com | (208) 667-1163 |